JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M., | ) NO. EDCV 21-615-KS |
|        Plaintiff, | ) |
|    v. | ) JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|        Defendant. | ) |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 11, 2022

                                                  _____
                                                  KAREN L. STEVENSON
                                          UNITED STATES MAGISTRATE JUDGE